Gloria Collins
9115 E Purdue Ave.
Unit 212
Scottsdale, AZ 85258

486-6-996211

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 01 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Gloria Collins - Plaintiff

Osborn Health & Rehab - Defendant
Angelin Seddon
Ensign Corp.

CV-14-02605-PHX-DKD

Complaint:

I am filing a complaint against Angelin Seddon for termination of my position as LPN at Osborn Health & Rehab. Ensign Corporation. Of be age discrimination. I filed a charge with EEOC. It was almost a full year. The charge was dismissed. Ensign is a lg Corporation + did have counsel. I had none - I cannot afford to -

Demand:

I have suffered physical, mental & financial stress for 1 year - I was employed for 5 yrs with Osborn - I intended to work for five to six more years. I would like my name cleared, monetary compensation and my job back.

Gloria Collins

GLORIA COLLINS
9115 E PURDUE AVE.
UNIT 212 - SCOTTSDALE, AZ
85258